NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3135

KENNETH M. PEDELEOSE,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Petitioner for review of the Merit Systems Protection Board in AT0752060350-R-1.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Douglas Kinan moves for leave to file a brief amicus curiae in support of the Kenneth M. Pedeleose. The Department of Defense opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAY 19 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Pedeleose
Michael N. O'Connell, Esq.
Douglas Kinan
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 19 2009

JAN HORBALY
CLERK